```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SEAN C. FLYNN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```



FILED
MAY 28 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:09-mj-0170 GGH |
| Plaintiff, ) | |
| ) | APPLICATION AND ORDER |
| v. ) | FOR UNSEALING COMPLAINT |
| ) | |
| HIDAYATULLAH ALI KHALIL, ) | |
| ) | |
| Defendant. ) | |

On May 27, 2009, the complaint was filed in the above-referenced case.  Since the defendant has now been arrested, it is no longer necessary for the complaint to be sealed.  The government respectfully requests that the complaint be unsealed.

DATED: May 28, 2009                     Respectfully submitted,

                                         LAWRENCE G. BROWN
                                         Acting United States Attorney

                                         By: /s/ Sean C. Flynn
                                             SEAN C. FLYNN
                                             Assistant U.S. Attorney

                                         ORDER

SO ORDERED:                              GREGORY G. HOLLOWS
DATED: May 28, 2009                      _____
                                         HON. GREGORY G. HOLLOWS
                                         U.S. Magistrate Judge

1