UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

May 28, 2009

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES OF AMERICA, )
                        )
      Plaintiff, )
                        )
v. )
                        )
HIDAYATULLAH ALI KHALIL, )
                        )
      Defendant. )

Case No. 209MJ00170-GGH

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  HIDAYATULLAH ALI KHALIL , Case No.

 209MJ00170-GGH  , Charge   18USC § 1014,1343,1957 & 2  , from custody subject to the

conditions contained in the attached "Notice to Defendant Being Released" and for the following

reasons:

     __    Release on Personal Recognizance

  __    Bail Posted in the Sum of $__

     __    Unsecured Appearance Bond

     __    Appearance Bond with 10% Deposit

     __    Appearance Bond with Surety

     __    Corporate Surety Bail Bond

     ✔    (Other)     Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 28, 2009  at  1:30 pm  .

By  /s/ Gregory G. Hollows

        Gregory G. Hollows
        United States Magistrate Judge